10950 RETAIL, LLC, d.b.a. Love Shack, Plaintiff–Appellant,

v.

**CITY OF JOHNS CREEK, GEORGIA, Sam Bishop, both individually and in his official capacity as Senior Planner of the City of Johns Creek Community Development, Defendants–Appellees.**

No. 10–12547.

United States Court of Appeals, Eleventh Circuit.

June 6, 2011.

Cary Stephen Wiggins, Cook Youngelson & Wiggins, Atlanta, GA, for Plaintiff–Appellant.

Dana K. Maine, Corinne Whitfield Caughman, Brian Richard Dempsey, Freeman, Mathis & Gary, LLP, Atlanta, GA, for Defendants–Appellees.

Before HULL and BLACK, Circuit Judges, and Huck,* District Judge.

PER CURIAM:

After oral argument and review of the briefs and record, we conclude that Plaintiff–Appellant 10950 Retail, LLC d/b/a Love Shack ("Love Shack") has demonstrated no reversible error in the district court's rulings. Specifically, we find no error in either (1) the district court's dismissal of Love Shack's Complaint pursuant

* Honorable Paul C. Huck, United States District Judge for the Southern District of Florida, sitting by designation.

to its order of April 28, 2010, or in (2) the district court's order of August 20, 2010, denying Love Shack's motion for leave to amend and file a first amended complaint and also denying in part and granting in part Love Shack's motion for reconsideration and clarification. We affirm both orders.

**AFFIRMED.**